UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA GILLISPIE,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | CIVIL NO. C04-5202 FDB<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Defendant having no objection, and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $13,152.25 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,170.00 that previously were awarded, leaving a net fee of $8,982.25. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $8,982.25, minus any applicable processing fees as allowed by statute. Social Security shall then release the remaining balance of withheld benefits directly to the claimant.

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C04-5202FDB] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1     DATED this 13th day of October, 2009.

2

3

4

5                                       FRANKLIN D. BURGESS

6                                       UNITED STATES DISTRICT JUDGE

7

8

9 Presented by:

10

11 S/EITAN KASSEL YANICH
   EITAN KASSEL YANICH, WSBA #13690
12 Attorney for Plaintiff

---

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C04-5202FDB] - 2

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226