# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALICIA GILLISPIE

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
Social Security

CASE NUMBER: C04-5202FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $13,152.25, pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,170.00 that previously were awarded, leaving a net fee of $8,982.25. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $8,982.25, minus any applicable processing fees as allowed by statute. Social Security shall then release the remaining balance of withheld benefits directly to the claimant.

|  |  |
|---|---|
| October 15, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |